IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANKERS INSURANCE COMPANY | * | CIVIL ACTION NO. 24-1882 |
| | * | |
| VERSUS | * | JUDGE WENDY B. VITTER |
| | * | |
| LARRY'S HARDWARE, INC. | * | |
| | * | MAGISTRATE JUDGE EVA J. DOSSIER |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 56 MOTION FOR SUMMARY JUDGMENT FOR DECLARATORY RELIEF

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bankers Insurance Company ("Bankers") which submits that there are no issues of material fact and that the policies of insurance it issued to Defendant, Larry's Hardware, Inc. ("Larry's"), provides no coverage for the claims asserted against Larry's in the matter entitled LARRY REID v. TAYLOR-SEIDENBACH, INC. ET AL. ("State Court action") pending in the Civil District Court for the Parish of Orleans, matter no. 2024-2570.  Accordingly, for the reasons more fully set out in the MEMORANDUM IN SUPPORT OF RULE 56 MOTION FOR SUMMARY JUDGMENT FOR DECLARATORY RELIEF, Bankers is entitled to Declaratory Judgment finding that there is no coverage for the claims asserted in the State Court action, nor any duty to defend any such claims.

WHEREFORE, for the reasons more fully set forth in the attached Memorandum, Bankers is entitled to summary judgment and declaration that the Bankers policy provides no coverage for the claims asserted in the State Court action, nor any duty to defend any such claims.

Respectfully submitted:

*/s/ John C. Henry*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**ERIN W. BERRGREN (37551)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**ROWAN W. STOEHR (39061)**
**AUSTIN T. WELCH (40100)**
**THE MONSON LAW FIRM, LLC**
Email: *JHenry@MonsonFirm.com*
5 Sanctuary Blvd., Suite 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
***Counsel for Defendant***
***Bankers Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Eastern District of Louisiana, this 30th day of December, 2024.

*/s/ John C. Henry*